**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FAY CRAGLE CONNER**                                                                                          **PLAINTIFF**

**VS.**                                                    **1:04CV00096-WRW**

**JO ANNE B. BARNHART, Commissioner,**
**Social Security Administration**                                                                     **DEFENDANT**

## ORDER

The Court has received proposed findings and recommendations (Doc. No. 13) from United States Magistrate Judge John F. Forster, Jr. No objections have been filed and the time for doing so has passed.

After a review of the findings and recommendations, as well as a *de novo* review of the record, I conclude that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the final decision of the Commissioner is affirmed and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 26th day of January, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE